UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| RAMIRO LOPEZ-ESCUTIA and<br>ANGELICA LOPEZ-TENORIO, husband<br>and wife, | Civil No. 07-1255-BR |
| Plaintiffs, | STIPULATED JUDGMENT OF<br>DISMISSAL |
| v. | |
| FDIC as Receiver for WASHINGTON MUTUAL<br>BANK, F.A.; BANCASA MORTGAGE CO.; and<br>ENRIQUE (a.k.a. RICO) GONZALEZ, | |
| Defendants. | |

The claims in the above matter have been fully compromised and settled between plaintiffs and defendants Enrique Gonzalez and Bancasa Mortgage Co. By and through their attorneys, the parties hereby stipulate to a judgment of dismissal, with prejudice, and without costs or attorney fees to any party.

DATED: December 10, 2010.

_Brenda M. Bradley_
Brenda M. Bradley, OSB #06045
Legal Aid Services of Oregon
Hope A. Del Carlo, OSB #00241
Oregon Law Center
Mark Griffin, OSB #76152
Griffin & McCandlish

Attorneys for Plaintiffs

_William J. Ohle_
William J. Ohle, OSB #91386
Schwabe, Williamson & Wyatt, P.C.
Attorney for Defendants Bancasa Mortgage
Co. and Enrique Gonzalez

Page 1 –     STIPULATED JUDGMENT OF DISMISSAL

## ORDER

Based on the foregoing stipulation, it is hereby ORDERED AND ADJUDGED that the remaining claims for common law fraud and under ORS Chapter 59 against Enrique Gonzalez and Bancasa Mortgage Co. in the above action be dismissed with prejudice, and without costs or attorney fees to any party.

DATED this 14th day of December, 2010.

_____
Honorable Anna J. Brown
U.S. District Court Judge